**Case No**: CV 00-941-ST **Proceeding Date:** August 25, 2000

**Case Title:** Nielson, et al. v. State of Oregon, et al.

**Presiding Judge**: Janice M. Stewart **Courtroom Deputy**: Donna Ausbie (JNH)
Telephone: (503) 326-8057 ! E-mail: Donna_Ausbie@ord.uscourts.gov

**Reporter:** None **Tape No:** None

| PLAINTIFFS' COUNSEL | DEFENDANTS' COUNSEL |
|---|---|
| (1) | (1) |
| (2) | (2) |
| (3) | (3) |
| (4) | (4) |

NOTIFICATION:

**Docket** Entry:

ORDER: Based on a lack of response from plaintiffs to defendants' Motion to Disqualify Plaintiffs' Attorney (docket #5), that motion is GRANTED. Luis Ewing is barred from continuing to represent plaintiffs in this case and plaintiffs shall proceed *pro se*. Luis Ewing shall forward this Order to plaintiffs and inform plaintiffs to advise the court and defendants in writing by September 28, 2000, of their address and telephone number.

**Document Number:** _____
**CIVIL MINUTES**