DATED this 20th day of October, 2000.

/s/ Janice M. Stewart_____
Janice M. Stewart
United States Magistrate Judge